PD-1376-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/24/2015 3:03:29 PM
Accepted 11/24/2015 3:29:33 PM
ABEL ACOSTA
CLERK

# NO. PD-1376-15

## In the Court of Criminal Appeals of Texas

*granted*
*PC*
*11-30-15*

Roel Alvarez Lopez,
*Appellant*

*v.*

State of Texas,
*Appellee*

ON PETITION FOR DISCRETIONARY REVIEW
FROM CAUSE NO. 13-13-00307-CR
IN THE THIRTEENTH COURT OF APPEALS,
REVIEWING CAUSE NO. CR-981-12-D
206TH JUDICIAL DISTRICT COURT OF HIDALGO COUNTY, TEXAS
HON. ROSE GUERRA REYNA PRESIDING

## SECOND **UNOPPOSED** MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

Brandy Wingate Voss
State Bar No. 24037046
SMITH LAW GROUP, P.C.
820 E. Hackberry Ave.
McAllen, Texas 78501
(956) 683-6330
(956) 225-0406 (fax)
brandy@appealsplus.com

FILED IN
COURT OF CRIMINAL APPEALS

November 24, 2015

ABEL ACOSTA, CLERK

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Appellant, Roel Alvarez Lopez, respectfully requests an extension of time to file his petition for discretionary review. *See* TEX. R. APP. P. 68.2(c).

The petition is currently due November 25, 2015. Appellant requests 28 additional days to file his petition for discretionary review, making the petition due on December 23, 2015. This is Appellant's second request for an extension of time. The undersigned counsel has conferred with counsel for the Appellee, Glen Devino, who does not oppose the relief requested in this motion.

The undersigned counsel is lead counsel for Appellant and solely responsible for drafting the petition for discretionary review. The demands of other cases have made this request necessary, and unexpected circumstances occurred giving rise to the need for an extension.

The undersigned is counsel in a complex multi-district litigation case, Cause No., *In re Fraudulent Hospital Lien Litigation,* pending in the 430th District Court of Hidalgo County, involving hundreds of plaintiffs. The undersigned counsel responded to nine motions for summary judgment on October 26, 2015. Replies in support of summary judgment and objections were due in that case on November 9, 2015. The undersigned expected assistance with these filings but the research assistant assigned to assist

became unexpectedly ill with shingles, leaving the work to be completed solely by the undersigned counsel. After a hearing on November 17, 2015, the trial court requested supplemental briefing, which was completed on November 23, 2015.

Additionally, the undersigned counsel was required to attend to the following matters, which were likewise not anticipated at the time the first extension was requested:

- Preparing post-submission briefing requested during oral argument in the Thirteenth Court of Appeals on October 21, 2015, in Cause No. 13-14-00324-CV, *Double Diamond, Inc. et al. v. Alfonso et al.*, which was due to be filed on November 4, 2015;

- Preparing for and attending a summary judgment hearing in Cause No. C-0377-15-J, *Garza v. Gary Burch Construction Co.*, in the 430th District Court on October 27, 2015, at which the Court requested supplemental briefing due to be filed by November 10, 2015.

The undersigned counsel has been diligently working on the petition for discretionary review. However, the foregoing substantial deadlines and obligations, nearly all of which could not have been extended, have

prevented the undersigned counsel from preparing Appellant's petition for discretionary review before the deadline. This motion for extension of time is not sought for purposes of delay, but so that justice may be served.

For all the foregoing reasons, Appellant respectfully requests that the Court grant this unopposed request for a 28-day extension, making his petition for discretionary review due December 23, 2015, and any further relief to which he may be justly entitled.

Respectfully submitted,

/s/ Brandy Wingate Voss
Brandy Wingate Voss
State Bar No. 24037046
SMITH LAW GROUP, P.C.
820 E. Hackberry Ave.
McAllen, TX 78501
(956) 683-6330
(956) 225-0406 (fax)
brandy@appealsplus.com

*Counsel for Appellant*

## CERTIFICATE OF CONFERENCE

I certify that on November 24, 2015, I conferred with Glen Devino, counsel for Appellee, who informed me that the Appellee does not oppose the relief requested in this motion.

/s/ Brandy Wingate Voss
Brandy Wingate Voss

# CERTIFICATE OF SERVICE

I certify that on November 24, 2015, in compliance with Texas Rule

of Appellate Procedure 9.5, I served this document on the following counsel

of record by electronic mail and/or by facsimile:

Glen Devino
Hidalgo County Criminal District Attorney's Office
Appeals Section
100 N. Closner, 3rd Floor
Edinburg, Texas 78539
glenn.devino@da.co.hidalgo.tx.us

Lisa C. McMinn
*State Prosecuting Attorney*
Office of State Prosecuting Attorney of Texas
P. O. Box 13046
Austin, Texas 78711-3046
Fax: (512) 463-5724

/s/ Brandy Wingate Voss
Brandy Wingate Voss